UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                   NO. 4:12CR00275-04-DPM

NICK ALAN DICKSON                                           DEFENDANT

### ORDER

The Order Setting Conditions of Release (Docket entry #102) is hereby modified to remove the condition numbered 8(s), location monitoring, which was marked in error at the time of the hearing. All other release conditions stated in the Order remain in effect.

IT IS SO ORDERED this 20th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE