IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

VS.            NO. 4:12CR00275-04-DPM

NICK ALAN DICKSON            DEFENDANT

## ORDER

The Government has moved for revocation of Defendant Nick Alan Dickson's pretrial release for failure to follow imposed conditions. (Docket entry #141) The Clerk is directed to issue a summons, and the United States Marshal is directed to serve the summons upon Mr. Dickson, requiring him to appear at a revocation hearing before United States Magistrate Judge Beth Deere on June 20, 2013, at 10:00 a.m. and to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 7th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE